IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JUNE DENISE ZUCK                                              PLAINTIFF

           v.           Civil No. 2:12-cv-02157-JRM

CAROLYN COLVIN,[1] Acting Commissioner
of Social Security Administration                                DEFENDANT

## J U D G M E N T

    For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

    IT IS SO ORDERED AND ADJUDGED this 24th day of June 2013.

                                              /s/ *J. Marschewski*
                                            HONORABLE JAMES R. MARSCHEWSKI
                                            CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) fo the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the Defendant in this suit.